United States District Court
Northern District of California

1
2
3
4
5
6  UNITED STATES DISTRICT COURT
7  NORTHERN DISTRICT OF CALIFORNIA
8
9  ESTELLE CHRISTINA YANCEY,          Case No. 22-cv-09045-JSW
10          Plaintiff,
11     v.                              **ORDER TO SHOW CAUSE REGARDING FAILURE TO OPPOSE MOTION TO DISMISS**
12  LONDON BREED, et al.,
13          Defendants.                Re: Dkt. No. 21
14
15      This matter is set for a hearing on September 22, 2023, on the motion to dismiss filed by
16  defendants London Breed, David Jung, Dian McHenry, Rocio Mendoza, Sari Mix, Dena Narbaitz,
17  Hallie Albert, and Steven Tang (collectively "Defendants"). (Dkt. No. 21.) Pursuant to Local
18  Civil Rule of the Northern District 7-3, plaintiff Estelle C. Yancey ("Plaintiff")'s opposition or
19  statement of non-opposition was due to be filed and served by no later than August 24, 2023. To
20  date, the Court has not received any opposition or statement of non-opposition from Plaintiff.
21      Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by no later than
22  July 21, 2023, why the pending motion to dismiss should not be granted in light of her failure to
23  file a timely opposition or statement of non-opposition. If Plaintiff wishes to file a substantive
24  response to the motion to dismiss, Plaintiff must demonstrate good cause for failing to file her
25  opposition brief in a timely fashion. In her response to this OSC, Plaintiff is also directed to show
26  cause why this case should not be dismissed for failure to prosecute. **Plaintiff is admonished**
27
28

**that her failure to respond to this Order by September 8, 2023, may result in dismissal of this action without further notice.**

If Plaintiff files a substantive response to the pending motion to dismiss (and demonstrates good cause for her delay), the Court will allow Defendant to file a reply brief by no later than September 15, 2023. The hearing set for September 22, 2023, at 9:00 a.m. is HEREBY VACATED and may be reset by further order, if necessary.

**IT IS SO ORDERED.**

Dated: August 28, 2023

_____
JEFFREY S. WHITE
United States District Judge