UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLE CHRISTINA YANCEY,<br><br>    Plaintiff,<br><br>v.<br><br>LONDON BREED, et al.,<br><br>    Defendants. | Case No.  22-cv-09045-JSW<br><br>**JUDGMENT** |

Pursuant to the order issued on September 18, 2023, dismissing this case, the Court HEREBY ENTERS judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 18, 2023

_____
JEFFREY S. WHITE
United States District Judge