|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 26 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ESTELLE CHRISTINA YANCEY,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>LONDON BREED, et al.;<br><br>      Defendants - Appellees. | No. 23-2646<br><br>D.C. No.<br>4:22-cv-09045-JSW<br>Northern District of California,<br>Oakland<br><br>ORDER |

Appellant has failed to file the opening brief in this case. Pursuant to Ninth Circuit Rule 42-1, this case is dismissed for failure to prosecute.

This order will be served on the district court and will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT